**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALICIA D. LESLIE, | ) | CASE NO:    1:14-cv-02261 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | **(Doc. No. 17)** |

On July 15, 2015, Plaintiff, Alicia D. Leslie, through her attorney, Matthew W.

Weeks, filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"),

28 U.S.C. § 2412(d), in the amount of $9,650.00.  (Application for Attorney Fees ("EAJA

Application"), Doc. No. 17.)  On July 29, 2015, the Commissioner filed an opposition to

Plaintiff's EAJA Motion.  (Doc. No. 20.)  On August 7, 2015, Plaintiff filed a reply in

support of her EAJA Motion.  (Doc. No. 21.)

On August 11, 2015, the parties filed a Joint Proposed Stipulation to an Award of

Fees under the EAJA in the amount of $6,000.00.  (Doc. No. 22.)  The Court finds the

stipulated amount to be reasonable.  Therefore, the Court awards Plaintiff $6,000.00 in

attorney fees pursuant to the EAJA.  This award shall satisfy all of Plaintiff's claims for

fees and expenses under 28 U.S.C. § 2412.

Pursuant to the parties' stipulation, any fees paid belong to Plaintiff and can be

offset to satisfy any pre-existing debt that Plaintiff owes the United States.  If counsel for

the parties can verify that Plaintiff owes no pre-existing debts to the United States that

are subject to offset, Defendant shall direct that the award be made payable to Plaintiff's

counsel subject to the assignment signed by Plaintiff and her counsel, and shall direct the Treasury Department to mail any check in this matter to the business address of Plaintiff's counsel.

**IT IS SO ORDERED.**

/s/ *Donald C. Nugent*
U.S. DISTRICT JUDGE


Date: August 27, 2015

2